UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEILA JONES | * | CIVIL ACTION NO. 07-5681 |
| | * | |
| VERSUS | * | |
| | * | SECTION M (JUDGE BEER) |
| | * | |
| CENTOCOR, INC., JOHNSON | * | MAGISTRATE 3 (KNOWLES) |
| & JOHNSON, JOHNSON & JOHNSON | * | |
| PHARMACEUTICAL RESEARCH & | * | |
| DEVELOPMENT, LLC, AND MERLIN | * | |
| WILSON, M.D. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Merlin Wilson, M.D., will bring the foregoing Motion to Dismiss On The Basis of Prematurity and Lack of Jurisdiction for hearing before the District Judge, in the United States District Court for the Eastern District of Louisiana, on the 16th day of April, 2008 at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

**BATIZA, GODOFSKY,
SCHROEDER & COLES**

/s/ Deborah I. Schroeder

_____
DEBORAH I. SCHROEDER (1589)
One Galleria Blvd., Ste. 700
Metairie, Louisiana 70001
Telephone: (504) 841-2724
Counsel for Defendant, Merlin Wilson, M.D.