UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHELIA M. JONES | * | CIVIL ACTION NO. 07-5681 |
| | * | |
| VERSUS | * | |
| | * | |
| CENTOCOR, INC., JOHNSON & JOHNSON, | * | JUDGE: Section M |
| JOHNSON & JOHNSON PHARMACEUTICAL | * | |
| RESEARCH & DEVELOPMENT, L.L.C, AND | * | |
| MERLIN WILSON, M.D. | * | MAGISTRATE: 3 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41 (a) IT IS HEREBY STIPULATED by undersigned counsel that plaintiff, Shelia M. Jones, in the above captioned matter no longer seeks to prosecute her claim against defendants, Centocor, Inc., Johnson & Johnson and Johnson & Johnson Pharmaceutical Research & Development, L.L.C., in the above styled cause and therefore plaintiff respectfully moves this Court to enter an order dismissing her action with prejudice, with each party to bear their own costs.

Respectfully Submitted By:


_/s/ Darryl. M. Phillips_____

**DARRYL M. PHILLIPS** (La. Bar. #19736)
Deborah E. Lavender (La. Bar #17018)
Jeffrey A. Mitchell (La. Bar #19711)
The Cochran Law Firm – New Orleans
Phillips and Mitchell
909 Poydras Street, Suite 1590
New Orleans, Louisiana 70112
Telephone: (504) 309-5000
Facsimile: (504) 309-5007
**Attorneys for Plaintiff, Shelia Jones**


/s James B. Irwin
**JAMES B. IRWIN, T.A.** ( La. Bar No. 7172)
MONIQUE M. GARSAUD (La. Bar No. 25393)
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
**Attorneys for Defendants, Centocor, Inc., Johnson & Johnson**
**and Johnson & Johnson Pharmaceutical Research and Development, L.L.C.**


## CERTIFICATE OF SERVICE

I hereby certify that I have served counsel of record by filing the above and foregoing Stipulation of Dismissal with Prejudice electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system on this 6th day of June 2008.

/s/ James B. Irwin